# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DONALD OGMAN | No. 3:12-cr-74 (SRU) |

## ORDER OF IMMEDIATE RELEASE

On August 10th, 2022, pursuant to 18 U.S.C. § 3582(c), I granted Donald Ogman's motion for compassionate release. I ordered that his sentence be reduced to **time served** followed by a term of supervised release (as detailed further in that order). Accordingly, the Bureau of Prisons is ordered immediately to release Ogman from custody.

So ordered.

Dated at Bridgeport, Connecticut, this 10th day of August 2022.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge